IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr480-MHT |
| | ) | (WO) |
| SHANNA SCOTT | ) | |

## ORDER

Pursuant to the agreement of the parties, it is ORDERED that the indictment (doc. no. 1) against defendant Shanna Scott is dismissed, and she is discharged.

This case is closed.

DONE, this the 7th day of October, 2019.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**